**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIL DENHA, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>      v.<br><br>BELLRING BRANDS, INC., DARCY HORN DAVENPORT, and PAUL RODE,<br><br>   Defendants. | Civ. A. No. 1:26-cv-00575-JSR |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE MOTION OF THE TRUSTEES OF THE IWA-FOREST INDUSTRY PENSION PLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS <u>SELECTION OF LEAD COUNSEL</u>**

I, JEFFREY P. CAMPISI, declare as follows:

1.      I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP. I am duly licensed to practice in the State of New York and am admitted to this Court, and I am in good standing.

2.      I respectfully submit this Declaration in Support of the Motion of The Trustees of the IWA-Forest Industry Pension Plan ("IWA-Forest") for: (1) Appointment as Lead Plaintiff; and (2) Approval of Lead Plaintiff's selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.      Attached hereto are true and correct copies of the following documents:

Exhibit A:      Notice of Pendency of this Class Action on *Globe Newswire*;

Exhibit B:      IWA-Forest's sworn certification pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit C:      Chart calculating the losses incurred by The Trustees Of The Trustees Of The IWA-Forest Industry Pension Plan prepared by counsel; and

Exhibit D:      Firm resume of Kaplan Fox & Kilsheimer LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this March 23, 2026 in New York, New York.

                                        */s/ Jeffrey P. Campisi*
                                        Jeffrey P. Campisi

## CERTIFICATE OF SERVICE

I, Jeffrey P. Campisi, hereby certify that, on March 23, 2026, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Jeffrey P. Campisi*
Jeffrey P. Campisi
