**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIL DENHA, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>BELLRING BRANDS, INC., DARCY HORN DAVENPORT, and PAUL RODE,<br><br>                Defendants. | Case No. 1:26-cv-00575-JSR<br><br>**DECLARATION OF NATHANIEL A. TARNOR IN SUPPORT OF MOTION TO APPOINT MAUREEN FINKE AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |

I, Nathaniel A. Tarnor, declare as follows:

1. I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Maureen Finke ("Movant"). I am an attorney licensed to practice law in the State of New York. I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

    Exhibit A:     Movant's Certification;

    Exhibit B:     Movant's Loss Chart;

    Exhibit C:     Movant's Declaration;

    Exhibit D:     Excerpts from Hagens Berman's firm résumé; and

    Exhibit E:     Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on January 22, 2026.

- 1 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of March 2026, at Brooklyn, New York.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR

## CERTIFICATE OF SERVICE

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR