**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIL DENHA, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>    v.<br><br>BELLRING BRANDS, INC., DARCY HORN DAVENPORT, and PAUL RODE,<br><br>               Defendants. | Case No. 1:26-cv-00575-JSR<br><br>CLASS ACTION |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF MOTION BY CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Lead Plaintiff movant, the Construction Laborers Pension Trust of Greater St. Louis, ("Movant"), and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of its selection of Scott+Scott as Lead Counsel for the Class.

3.      Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:    Notice published January 22, 2026 via *ACCESS Newswire,* pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit B:    Movant's PSLRA Certification;

Exhibit C:    Movant's Loss Chart; and

Exhibit D:    Scott+Scott's firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 23rd day of March, 2026.

*/s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 23, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

2