UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

DANIL DENHA, Individually and on Behalf : Civil Action No. 1:26-cv-00575-JSR
of All Others Similarly Situated,        :
                                         : CLASS ACTION
                          Plaintiff,     :
                                         : DECLARATION OF MATHEW ANDREWS
            vs.                          : IN SUPPORT OF MOTION FOR
                                         : APPOINTMENT AS LEAD PLAINTIFF
BELLRING BRANDS, INC., DARCY HORN        : AND APPROVAL OF LEAD PLAINTIFF'S
DAVENPORT, and PAUL RODE,                : SELECTION OF LEAD COUNSEL
                                         :
                          Defendants.    :
                                         :
---------------------------------------------------------- x

4920-7501-7881

I, MATHEW ANDREWS, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movant Indiana Public Retirement System ("INPRS") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of INPRS' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published on *Business Wire,* a national business-oriented wire service, on January 22, 2026;

Exhibit B:    INPRS' Sworn Certification; and

Exhibit C:    Chart of INPRS' estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of March, 2026.

s/ Mathew Andrews
MATHEW ANDREWS

- 1 -

4920-7501-7881