**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIL DENHA, Individually and on Behalf of All Others Similarly Situated, <br><br><br> Plaintiff, <br><br> v. <br><br> BELLRING BRANDS, INC., DARCY HORN DAVENPORT, and PAUL RODE, <br><br> Defendants. | Case No. 1:26-cv-00575-JSR <br><br> CLASS ACTION <br><br> **DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF OPERATING ENGINEERS CONTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

I, Jeffrey C. Block, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner at the law firm of Block & Leviton LLP, counsel for proposed lead plaintiff Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) ("Operating Engineers") in the above-captioned action.  I submit this declaration in support of Operating Engineers' Motion for appointment as lead plaintiff and approval of Block & Leviton LLP as lead counsel.  I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published by Bleichmar Fonti & Auld LLP through Business Wire on January 22, 2026;

Exhibit B:      Certification of M. Scott Anderson on behalf of Operating Engineers;

Exhibit C:      Operating Engineers' loss estimate, prepared by counsel;

Exhibit D:      Declaration of M. Scott Anderson on behalf of Operating Engineers; and

Exhibit E:      Block & Leviton LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23th day of March 2026.

*/s/ Jeffrey C. Block*
Jeffrey C. Block

1