UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x

DANIL DENHA, Individually and on Behalf
of All Others Similarly Situated,

                    Plaintiff,

    vs.

BELLRING BRANDS, INC., DARCY HORN
DAVENPORT, and PAUL RODE,

                Defendants.

————————————————————— x

Civil Action No. 1:26-cv-00575-JSR

CLASS ACTION

DECLARATION OF MATHEW ANDREWS

4926-9706-9981

I, MATHEW ANDREWS, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movant Indiana Public Retirement System ("INPRS") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of INPRS' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached is a true and correct copy of the following exhibit:

Exhibit 1:    Statement of Kenneth P. Dolitsky Pursuant to S.D.N.Y. Electronic Case Filing Rule 23.6.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 2nd day of April, 2026.

s/ Mathew Andrews
MATHEW ANDREWS

- 1 -

4926-9706-9981