**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIL DENHA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BELLRING BRANDS, INC., DARCY HORN DAVENPORT and PAUL RODE,<br><br>Defendants. | Civ. A. No. 1:26-cv-00575-JSR |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE MEMORANDUM OF LAW IN OPPOSITION TO THE COMPETING MOTION AND IN FURTHER SUPPORT OF THE MOTION OF THE TRUSTEES OF THE IWA-FOREST INDUSTRY PENSION PLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, JEFFREY P. CAMPISI, declare the following:

1.    I am a partner of the law firm Kaplan Fox & Kilsheimer LLP and am admitted to this Court and am in good standing.

2.    I respectfully submit this declaration in support of IWA Forest's Memorandum of Law in Opposition to the Competing Motion and in Further Support of the Motion of The Trustees of the IWA-Forest Industry Pension Plan for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel.  I have personal knowledge of the matters set forth below based upon and if called as a witness in this matter, I could and would competently testify to the matters set forth below.

3.    Attached hereto are true and correct copies of the following documents:

**Exhibit A:**  *In re Lantheus Holdings, Inc. Sec. Litig., No*. 1:25-cv-07491 (S.D.N.Y. Dec. 1, 2025), ECF No. 25, Stipulation and Order Granting Motions for Consolidation and Appointing Lead Plaintiff and Lead Counsel.

**Exhibit B:**  *City of St. Clair Shores Police and Fire Retirement System v. Lineage, Inc.*, No. 2:25-cv-12383 (E.D. Mich. Jan. 29, 2026), ECF No. 38, Order Granting the Pension Funds' Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

**Exhibit C:**  *In re Inspire Medical Systems, Inc. Sec. Litig.*, No. 1:25-cv-10620 (S.D.N.Y. Jan. 28, 2026), ECF No. 25, Opinion and Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of April, 2026, at New York, New York.

*/s/        Jeffrey P. Campisi*
JEFFREY P. CAMPISI

2

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey P. Campisi, hereby certify that, on April 6, 2026, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/          *Jeffrey P. Campisi*
JEFFREY P. CAMPISI

2