UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│                                      │
│  IN RE: BELLRING BRANDS, INC.        │
│  SECURITIES LITIGATION               │
│                                      │
│                                      │
│                                      │
└─────────────────────────────────────┘
```

26-cv-575 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Having appointed Indiana Public Retirement System as lead plaintiff and its counsel, Robins Geller Rudman & Dowd LLP, as lead counsel, the Court hereby adopts the joint parties' proposed re-captioning of the case, as set forth above, and the parties' proposed schedule with respect to the filing of an amended complaint and briefing of any motion to dismiss directed thereto, as following:

- Amended Complaint to be filed no later than May 8, 2026;

- Motion to Dismiss (limited to 25 double-spaced pages) to be filed no later than June 5, 2026;

- Opposition to Motion to Dismiss (limited to 25 double-spaced pages) to be filed no later than June 26, 2026; and

- Reply in Further Support of Motion to Dismiss (limited to 10 double-spaced pages) to be filed no later than July 10.

The Court will hold argument on any Motion to Dismiss at 2:00 p.m. on July 16, 2026, at the U.S. Courthouse, 500 Pearl Street, Courtroom 14B.

The Clerk of Court is respectfully directed to change the case caption to In re: BellRing Brands, Inc. Securities Litigation.

SO ORDERED.

New York, NY
April 13 2026

_____
JED S. RAKOFF, U.S.D.J.

1