UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BELLRING BRANDS, INC. SECURITIES LITIGATION | 26-cv-575 (JSR)<br>ORDER |

JED S. RAKOFF, U.S.D.J.:

After the Court selected Indiana Public Retirement System ("IPRS") as the lead plaintiff in this matter, a putative securities class action against BellRing Brands, Inc., see ECF No. 52, IPRS filed an amended Complaint, ECF No. 53, which the defendant promptly moved to dismiss, ECF No. 61. The Court heard oral argument on the motion on July 16, 2026, see Transcript, 7/16/26.

Having fully considered the parties' briefing and oral argument, the Court grants in part and denies in part defendant's motion to dismiss. Specifically, IPRS's amended Complaint alleges that, during the proposed class period of August 6, 2024 through May 4, 2025, inclusive, the defendant made unlawful misrepresentations concerning, among other things, (1) the reasons underlying retailer demand for defendant's product, and (2) the level of consumer "consumption," i.e., purchases made by end users. For reasons that will be more fully explained in an Opinion to follow, the Court concludes that the claims premised on alleged misrepresentations regarding retailer demand are dismissed, while

the other claims are adequately pleaded and survive dismissal. The Clerk's Office is directed to close ECF No 61.

SO ORDERED.

New York, NY
July 28, 2026

JED S. RAKOFF, U.S.D.J.