UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re BELLRING BRANDS, INC. SECURITIES LITIGATION | Civil Action No. 1:26-cv-00575-JSR |
| | CLASS ACTION |

NOTICE OF MOTION FOR LEAVE TO AMEND

PLEASE TAKE NOTICE that Lead Plaintiff Indiana Public Retirement System ("Plaintiff"), by and through its counsel, will and does hereby move this Court, on a date and a time designated by the Court, before the Honorable Jed S. Rakoff, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14B, New York, New York, for an Order granting Plaintiff leave to amend pursuant to Federal Rules of Civil Procedure 15(a) and (16)(b). This Motion is supported by the accompanying Memorandum of Law, the Declaration of Mathew Andrews with exhibits thereto, Proposed Order, and such other written or oral argument as may be permitted by the Court.

DATED: November 9, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP
MATHEW ANDREWS
CHRISTOPHER T. GILROY
CRISTELLE RABBAN

*/s/ Mathew Andrews*
MATHEW ANDREWS

420 Lexington Avenue, Suite 1832
New York, NY 10170
Telephone: 212/432-5100
mandrews@rgrdlaw.com
cgilroy@rgrdlaw.com
crabban@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
EVAN J. KAUFMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
ekaufman@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
LUKE O. BROOKS (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
T. ALEX B. FOLKERTH (admitted *pro hac vice*)
KEVIN S. SCIARANI (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
lukeb@rgrdlaw.com
klavelle@rgrdlaw.com
afolkerth@rgrdlaw.com
ksciarani@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*